FILED
CLERK, U.S. DISTRICT COURT

MAR 17 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL WOOLEN,<br><br>    Petitioner,<br><br>    v.<br><br>TOM FELKER, Warden,<br><br>    Respondent. | Case No. CV 07-08161 GW (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Petition, and the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*. Petitioner has not filed any Objections to the R&R in the required time and manner.

IT IS ORDERED that:

    1.    The R&R is approved and adopted.

    2.    Judgment shall be entered denying and dismissing the Petition with prejudice.

    3.    Any and all other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: March 16, 2009

GEORGE H. WU
UNITED STATES DISTRICT JUDGE