ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL WOOLEN, | Case No. CV 07-08161 GW (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| TOM FELKER, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that the Petition is denied and dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: March 16, 2009

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY